UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. **CV 26-3882-MWF(DMKx)** Date: November 18, 2026

Title ***James Doe v. The Regents of the University of California, et al.***

Present: The Honorable: MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
| --- | --- |
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| --- | --- |
| Not Present | Not Present |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE AND ORDER VACATING SCHEDULING CONFERENCE**

On October 27, 2026, the Court filed an Order Setting Scheduling Conference (the "Order"). (Docket No. 21). Pursuant to the Order, the parties were to meet and confer, and file a Joint Rule 26(f) Report no later than November 12, 2026, and a Scheduling Conference was set on November 25, 2026, at 11:00 a.m.

On November 13, 2026, Defendant The Regents of the University of California filed a unilateral Rule 26(f) Report (the "Report"). (Docket No. 22). The Report states that Plaintiff's counsel did not respond to efforts by counsel for Defendant to meet and confer to file a Joint Rule 26(f) Report.

The Scheduling Conference on November 25, 2026, is **VACATED**.

The Court **ORDERS** Plaintiff to **SHOW CAUSE** why this action should not be dismissed for lack of prosecution. In response to this Order to Show Cause, the Court will accept the following no later than **DECEMBER 9, 2026**:

- Counsel for Plaintiff shall initiate a conference with counsel for Defendant to discuss the parties' Joint Rule 26(f) Report.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. **CV 26-3882-MWF(DMKx)** Date: November 18, 2026

Title ***James Doe v. The Regents of the University of California, et al.***

- Counsel for Plaintiff shall prepare the Joint Rule 26(f) Report, including a completed Schedule of Pretrial and Trial Dates Worksheet (Exhibit A to the Order).
- Counsel for Plaintiff shall file the agreed-upon Joint Rule 26(f) Report no later than December 9, 2026.

Failure to file a Joint Rule 26(f) Report by December 9, 2026, will be construed as a lack of prosecution by Plaintiff, and this action will be dismissed without prejudice.

No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15. The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Order to Show Cause by **December 9, 2026,** will result in the dismissal of this action.

IT IS SO ORDERED.